**Order entered June 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00682-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01240-2016**

## ORDER

Before the Court is appellant's June 28, 2016 motion for extension of time to file the clerk's and reporter's records. Because the record in this appeal is not due until Monday, July 25, 2016, we **DENY** appellant's motion as premature.

/s/    CRAIG STODDART
        JUSTICE